UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GAROLD L. WOOD,
    Plaintiff,

v.                                                Case No. 3:20-cv-1446-HES-PDB

CMRE FINANCIAL SERVICES,
    Defendant.
_____/

## ORDER

Before this Court is the parties' Case Management Report (Doc. 17) stipulating to a court mediation, as set forth in Chapter Four of the Local Rules of the United States District Court for the Middle District of Florida. The parties agreed to the appointment of a certain mediator. (Id. at 4). Accordingly, it is **ORDERED AND ADJUDGED**:

1) **Referral to Mediation**: This case shall be referred to a mediation conference in an attempt to equitably settle the issues. Under the parties' agreement, **Gary S. Salzman, Esq.** will serve as the mediator.

2) **Conduct and Scheduling of Mediation Conference**: The mediation conference will be conducted in accordance with this Order and the attachments any time up to and including **December 6, 2021**. Unless otherwise agreed upon by the parties, the mediation conference will be conducted in facilities arranged by the Clerk at the United States

Courthouse, Jacksonville, Florida. If the mediation takes place in the United States Courthouse, participants must report to the Clerk's Office twenty (20) minutes before the scheduled starting time of the mediation conference to determine the room assignment for the conference.

3) **Designation and Responsibilities of Lead Counsel**: Plaintiff's Counsel is designated as lead counsel and shall work with the mediator to coordinate mediation. Attendance is required of lead counsel, the parties or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative.

4) **General Rules Governing the Mediation Conference**: Although the mediation process is defined in greater detail in Chapter Four of the Local Rules and the attachment to this Order, these additional guidelines are imposed upon the mediation process:

> a) **Case Summaries**: Not later than **ten (10) working days** before the scheduled mediation conference, each party shall mail directly to the mediator and opposing counsel a brief written summary of the facts and issues. These summaries shall be treated as confidential communications and shall not be incorporated into the public records.
>
> b) **Identification of Corporate and/or Claims Representatives**: As part of the written case summaries,

counsel for corporate parties and claims professionals shall state the name and general job description of the employee or agent of the corporation who will attend and participate on behalf of the corporate party.

c) **Authority of the Mediator**: The mediator shall have authority to consult and conduct conferences and private caucuses with counsel, individual parties, corporate representatives, and claims professionals to suggest alternatives, analyze issues, question perceptions, use logic, stimulate negotiations, and keep order.

d) **Authority to Declare Impasse**: Although the average mediation conference usually takes between three (3) and five (5) hours, participants shall be prepared to spend as much time as necessary to settle, or until an impasse is declared by the mediator.

e) **Mediator Report**: The mediator must report within seven (7) days after mediation the result of the mediation and whether all required persons attended.

f) **Confidentiality**: The substance of the mediation is confidential. No party, lawyer, or other participant is bound by, may record, or without the judge's approval may disclose any

3

event, including any statement confirming or denying a fact – except settlement – that occurs during the mediation.

5) **Compensation of the Mediator**: Unless the parties and the mediator agree otherwise, the parties must pay the mediator a reasonable fee, the parties must bear equally the cost of mediation, and the fee shall be payable immediately upon the conclusion of mediation. No mediator can charge a fee to, or accept anything of value from, a source other than the parties.

6) **Attendance**: An unexcused absence or departure from mediation is sanctionable.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of May 2021.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Attachments:   Mediation Report form
Docket Sheet

Copies to:
Gary S. Salzman, Esq.
Alexander Taylor, Esq.
John Brennan, Jr., Esq.
Stephen Watkins, Esq.
Davis Kaminski, Esq.