**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**Case No. 3:20-cv-01446-HES-PDB**

GAROLD L. WOOD, individually,
and on behalf of all others similarly
situated,

Plaintiff,

v.

CMRE FINANCIAL SERVICES,

Defendant.

**STIPULATION OF DISMISSAL**

Plaintiff, GAROLD L. WOOD, and Defendant, CMRE FINANCIAL SERVICES, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against CMRE FINANCIAL SERVICES. The parties further stipulate to the dismissal of the class claims without prejudice. Each party to bear its own attorney's fees and costs.

Dated: December 27, 2021

| **GAROLD L. WOOD** | **CMRE FINANCIAL SERVICES** |
|---|---|
| /s/ *Alejandro E. Figueroa* <br> Alejandro E. Figueroa, Esq. <br> Florida Bar No. 1021163 <br> Sulaiman Law Group, Ltd. <br> 2500 S. Highland Ave, Suite 200 <br> Lombard, IL 60148 <br> Telephone: (630) 575-8181 <br> Facsimile: (630) 575-8188 <br> alejandrof@sulaimanlaw.com <br> *Counsel for Plaintiff* | By: /s/ *Stephen A. Watkins* <br> Stephen A. Watkins <br> Cal. Bar. No. 205175 <br> pro hac vice <br> Carlson & Messer LLP <br> 5901 W. Century Blvd. #1200 <br> Los Angeles, CA 90045 <br> (310)242-2214 Telephone <br> (310)242-2222 Facsimile <br> watkinss@cmtlaw.com |

## CERTIFICATE OF SERVICE

I, Alejandro E. Figueroa, certify that on December 27, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ *Alejandro E. Figueroa*