UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:20-cv-01446-HES-PDB

GAROLD L. WOOD, individually, and
on behalf of all others similarly situated,

Plaintiff,

v.

CMRE FINANCIAL SERVICES,

Defendant.
_____/

## AMENDED MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on December 10, 2021, and the results of that conference are indicated below:

(a)   The following individuals, parties, corporate representatives, and/or claims professionals attend and participated in the mediation conference, and each possessed the requisite authority:

For Plaintiff:  Garold Wood, and Mohammed Badwan, Esq. and Alejandro Figueroa, Esq., attorney for Plaintiff.

For Defendant:  Jill Cloys, Director of Compliance, Meduit.  Meduit is the ultimate parent of CMRE, and Stephen A. Watkins, Esq., attorney for Defendant.

(b)   The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

None

Case No. 3:20-cv-01446-HES-PDB

  (c) The outcome of the mediation conference was:

**A settlement was reached at the mediation and a written settlement agreement has been fully executed by the parties.**

  Done this 6th day of January, 2022, in Orange County, Orlando, Florida.

           */s/ Gary S. Salzman*
           Gary S. Salzman, Mediator
           Garganese, Weiss, D'Agresta & Salzman, P.A.
           111 N. Orange Ave., Suite 2000
           Orlando, Florida 32801
           (407) 425-9566
           gsalzman@orlandolaw.net