UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GAROLD L. WOOD, individually,
And on behalf of all others similarly
situated,

    Plaintiff,

v.                                          Case No.  3:20-cv-1446-HES-PDB

CMRE FINANCIAL SERVICES,

    Defendant.
_____/

## ORDER

This cause is before this Court on the parties' "Stipulation of Voluntary Dismissal with Prejudice" (Dkt. 29).

Accordingly, it is **ORDERED**:

1. Based on Rule 41(a)(1)(A)(i), the "Stipulation of Voluntary Dismissal with Prejudice" (Dkt. 29) is **GRANTED** and this case is **DISMISSED** with prejudice.

2. All parties shall bear their own costs.

3. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this _6th_ day of January, 2022.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Alejandro E. Figueroa, Esq.
Stephen A. Watkins, Esq.